EILEEN M DECKER
United States Attorney
LEON W. WIEDMAN
Assistant United States Attorney
Chief, Civil Division
Tova D. Wolking, CA Bar # 259782
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8980
    Facsimile:   415-744-0134
    Email:  tova.wolking@ssa.gov

Attorneys for Defendant,
Carolyn W. Colvin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| GEORGE V. WOODALL, ) | Civil Action No.: 5:15-cv-17-DTB |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER FOR THE |
| ) | AWARD OF ATTORNEY'S FEES |
| vs. ) | PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

\\\

\\\

\\\

\\\

Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees in the amount of $5,500.00 as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the stipulation.

DATE: March 11, 2016

_____
THE HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE